# EXHIBIT 1

1    **FLAGSTAFF LAW GROUP**
Rose Winkeler
2    State Bar No. 025023
702 N. Beaver St.
3    Flagstaff, Arizona 86001
Telephone: (928) 233-6800
4    Email: rose@flaglawgroup.com
*Attorney for Defendant Coconino County*
5    *Recorder Patty Hansen*

6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9    Mi Famila Vota, et al.,

10           Plaintiffs,

11    vs.

12    Katie Hobbs, in her official capacity as
13    Arizona Secretary of State, et al.,

14           Defendants.

15

16

17    AND CONSOLIDATED CASES.

18

19

20

21

NO. CV-22-00509-PHX-SRB
(Consolidated)

**DEFENDANT COCONINO COUNTY
RECORDER'S ANSWERS TO
CONSOLIDATED PLAINTIFFS' FIRST
SET OF INTERROGATORIES**

**No. CV-22-00519-PHX-SRB
No. CV-22-01003-PHX-SRB
No. CV-22-01124-PHX-SRB
No. CV-22-01369-PHX-SRB
No. CV-22-01381-PHX-SRB
No. CV-22-01602-PHX-SRB**

22

23        Pursuant to Fed. R. Civ. P. 33, Defendant Coconino County Recorder hereby

24 submits the following answers to Consolidated Plaintiffs' First Set of Interrogatories. As

25 discovery in this matter is ongoing, Defendant hereby reserves the right to supplement any

and all responses as new information is learned through discovery in this matter.
26

27

28

**INTERROGATORY NO. 1**:

Identify and describe each way that Your office uses or would use information related to the birthplace of a Voter Registration Applicant—including Applicants for whom you already have DPOC—to verify such person's eligibility to vote, including but not limited to each way in which a Voter Registration Applicant's failure to provide their birthplace affects or would affect Your ability to confirm the Voter Registration Applicant's identity or determine whether that person is eligible to register and vote in Arizona. Your answer should identify by name any witnesses who have or are likely to have knowledge or information related to how such information is or would be used by Your office.

**RESPONSE**: The Coconino County Recorder does not currently and does not anticipate using birthplace information to verify or confirm Voter Registration Applicant's identity or eligibility to register and vote in Arizona. Further, the Coconino County Recorder believes this requirement to be in violation of the Civil Rights Act of 1964 (52 U.S.C. § 10101(a)(2)(B), consistent with guidance provided by the Arizona Secretary of State's Office in December 2022, and unless and until it receives contradictory guidance from the Secretary of State or a court order saying otherwise, it does not intend to require provision of this information to complete voter registration applications.

**INTERROGATORY NO. 2**:

Identify and describe Your office's processes and procedures for checking the citizenship or residence address or location of Registered Voters or Voter Registration Applicants both before and after the Challenged Laws were enacted, including but not limited to any Documents and Communications that describe or explain how Your office should determine citizenship and residence address or location of a Registered Voter or Voter Registration Applicant. Your answer should identify by name any witnesses who have or are likely to have knowledge or information related to such agreements, or the relevant information contained in such databases.

**RESPONSE**: The Coconino County Recorder uses the process and procedures contained in the Elections Procedures Manual (EPM) for processing voter registrations and

2

require keyword searches. In researching documents for RFP #7, the Chief Deputy Recorder searched by names of individuals known to have submitted complaints and by the terms "residence" and "residency" and "challenge." Those searches dated back to 2020. The Recorder's Office abides by the Arizona State Library's Records Retention Policies, including those applicable to metadata.

RESPECTFULLY SUBMITTED this 29th day of June, 2023.

FLAGSTAFF LAW GROUP

BY: /s/Rose M. Winkeler
ROSE M. WINKELER
*Attorney for the Defendant Coconino*
*County Recorder Patty Hansen*

## **VERIFICATION**

I, Patty Hansen, declare under penalty of perjury that I have read the foregoing

Answers to Plaintiff's First Set of Interrogatories and that the same is true to the best of

my knowledge and belief.

Patty Hansen
Coconino County Recorder

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

*/s/Rose M. Winkeler*

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:      Anna G. Critz (Bar No. 034530
         Joseph E. La Rue (Bar No. 031348)
         Jack O'Connor (Bar No. 030660)
         Deputy County Attorneys
         MCAO Firm No. 0003200

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
laruej@mcao.maricopa.gov
critza@mcao.maricopa.gov
oconnorj@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Maricopa County Recorder*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Mi Familia Vota, et al., | No. 22-CV-00509-SRB |
|---|---|
| Plaintiffs, | |
| vs. | **DEFENDANT MARICOPA COUNTY RECORDER STEPHEN RICHER'S RESPONSES TO CONSOLIDATED PLAINTIFFS' FIRST SET OF INTERROGATORIES** |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., | |
| Defendants. | |
| AND CONSOLIDATED CASES | No. CV-22-00519-PHX-SRB No. CV-22-01003-PHX-SRB No. CV-22-01124-PHX-SRB No. CV-22-01369-PHX-SRB No. CV-22-01381-PHX-SRB No. CV-22-01602-PHX-SRB No. CV-22-01901-PHX-SRB |

Defendant Maricopa County Recorder Stephen Richer ("the Maricopa County Recorder" or "Recorder Richer") hereby submits his Response to Consolidated Plaintiffs' First Set of Interrogatories pursuant to Fed. R. Civ. P. 33. Recorder Richer reserves the right

6.    The Maricopa County Recorder objects to the First Set of Interrogatories to the extent the Definitions and Instructions therein attempt to impose obligations on the defendant beyond the scope of the federal discovery rules.

## INTERROGATORIES

**INTERROGATORY NO. 1:** Identify and describe each way that Your office uses or would use information related to the birthplace of a Voter Registration Applicant— including Applicants for whom you already have DPOC--to verify such person's eligibility to vote, including but not limited to each way in which a Voter Registration Applicant's failure to provide their birthplace affects or would affect Your ability to confirm the Voter Registration Applicant's identity or determine whether that person is eligible to register and vote in Arizona. Your answer should identify by name any witnesses who have or are likely to have knowledge or information related to how such information is or would be used by Your office.

**RESPONSE:** Recorder Richer objects to the request as it is vague and ambiguous. Recorder Richer further objects to the request as it is compound and seeks more than one category of information. Recorder Richer objects to the request to the extent that it seeks confidential or privileged information, including information covered under attorney-client privilege, work product privilege, or the deliberative process privilege.

Notwithstanding and without waiving these objections, birthplace is currently an optional field and does not impact a voter's registration and voting eligibility. If a voter provides his or her birthplace, the birthplace is added to their voter record and can be utilized as Personal Identifying Information ("PII") to aid the Maricopa County Recorder's Office

MARICOPA COUNTY
ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
225 WEST MADISON STREET
PHOENIX, ARIZONA 85003

in identifying the voter over the phone should the voter contact the Maricopa County Recorder's Office seeking information about their voter record.  However, birthplace is not required and does not impact the voter's ability to register or cast a ballot.

Janine Petty has knowledge or information related to how such information is or would be used by the Maricopa County Recorder's Office.

**INTERROGATORY NO. 2:** Identify and describe Your office's processes and procedures for checking the citizenship or residence address or location of Registered Voters or Voter Registration Applicants both before and after the Challenged Laws were enacted, including but not limited to any Documents and Communications that describe or explain how Your office should determine citizenship and residence address or location of a Registered Voter or Voter Registration Applicant. Your answer should identify by name any witnesses who have or are likely to have knowledge or information related to such agreements, or the relevant information contained in such databases.

**RESPONSE:** Recorder Richer objects to the request to the extent that it seeks confidential or privileged information, including attorney-client privilege, work product privilege, and deliberative process privilege. Recorder Richer further objects to the request as extremely compound as it seeks several categories of information that should be broken into several discrete subparts.

Notwithstanding and without waiving these objections, the Maricopa County Recorder's Office has not yet implemented the Challenged Laws.  Currently, the Maricopa County Recorder's Office checks proof of citizenship and residential address information according to the 2019 Elections Procedure Manual ("EPM") and prior and/or existing state

into discrete subparts. Recorder Richer further objects to the request as overbroad and disproportional to the needs of the case considering the case importance of the discovery being sought to resolving the issues and whether the burden to produce the discover outweighs its likely benefit.

Notwithstanding and without waiving these objections, the Maricopa County Recorder's Office has an efficient and statutorily compliant voter registration system that interfaces with AVID – the statewide voter registration system. Maricopa County's voter registration system is a homegrown system developed and maintained by the County. This voter registration system interfaces with the AVID system and conforms to the same naming field conventions. Data is securely imported and exported or manually entered and replicated to the AVID system.

RESPECTFULLY SUBMITTED this 29th day of June 2023.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: */s/Jack L. O'Connor III*
    Anna G. Critz
    Joseph E. La Rue
    Jack L. O'Connor III
    Deputy County Attorneys
    *Attorneys for Maricopa County Recorder*

Original of the foregoing
Emailed this 29th day of June 2023 to:

Latham & Watkins LLP
Sadik Huseny
Amit Makker

17

505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
sadik.huseny@lw.com
amit.makker@lw.com
*Pro Hac Vice*

Asian Americans Advancing
JUSTICE-AAJC
Niyati Shah
Terry Ao Minnis
1620 L Street NW, Suite 1050
Washington, DC 20036
nshah@advancingjustice-aajc.org
tminnis@advancingjustice-aajc.org
*Pro Hac Vice*

Andrew M. Federhar
SPENCER FANE
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016
afederhar@spencerfane.com
*Attorneys for Plaintiff*

John H Steinbach
Latham & Watkins - San Francisco, CA
505 Montgomery St., Ste. 2000
San Francisco, CA 94111
john.steinbach@lw.com
*Pro Hac Vice*

David Andrew Gaona
Kristen Michelle Yost
Roopali H. Desai
Coppersmith Brockelman PLC
2800 N. Central Ave., Ste. 1900
Phoenix, AZ 85004
agaona@cblawyers.com
kyost@cblawyers.com
rdesai@cblawyers.com
*Counsel for Defendant – Katie Hobbs*

Sambo Dul
States United Democracy Center – Tempe, AZ
8205 S. Priest Dr., Ste. #10312

18

Tempe, AZ 85284
bo@statesuniteddemocracy.org

Christine Bass
States United Democracy Center – Los Angeles, CA
506 S. Spring St., Ste. 13308
Los Angeles, CA 90013
christinebass@statesuniteddemocracy.org
*Counsel for Defendant Secretary of State Katie Hobbs*

Brunn Wall Roysden, III
Drew Curtis Ensign
Office of the Attorney General – Phoenix
Phoenix, AZ 85004-1592
beau.roysden@azag.gov
drew.ensign@azag.gov
*Counsel for Defendant Arizona Attorney General Mark Brnovich*

Apache County Recorder Larry Noble
Apache County Recorder's Office
75 West Cleveland St.
P.O. Box 425
St. Johns, AZ 85936

Celeste M Robertson
crobertson@apachelaw.net
*Counsel for Defendant Apache County Recorder Larry Noble*

Cochise County Recorder David W. Stevens
Cochise County Recorder's Office
1415 Melody Lane
Building B
Bisbee, AZ 85603

Christine Joyce Roberts
croberts@cochise.az.gov
*Counsel for Defendant Cochise County Recorder David W. Stevens*

Coconino County Recorder Patty Hansen
Coconino County Recorder's Office
110 E. Cherry Ave.
Flagstaff, AZ 86001

MARICOPA COUNTY
ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
225 WEST MADISON STREET
PHOENIX, ARIZONA 85003

Aaron Michael Lumpkin
alumpkin@coconino.az.gov
*Counsel for Defendant Coconino County Recorder Patty Hansen*

Gila County Recorder Sadie Jo Bingham
Gila County Recorder's Office
Globe Main Office
Gila County Courthouse
1400 E Ash St.
Globe, AZ 85501

Brad Beauchamp
bbeauchamp@gilacountyaz.gov
*Counsel for Defendant Gila County Recorder Sadie Jo Bingham*

Graham County Recorder Wendy John
Graham County Recorder's Office
921 Thatcher Boulevard
2nd Floor
Safford, AZ 85546

Jean Ann Roof
jroof@graham.az.gov
*Counsel for Defendant Graham County Recorder Wendy John*

Greenlee County Recorder Sharie Milheiro
Greenlee County Recorder's Office
253 Fifth St.
P.O. Box 1625
Clifton, AZ 85533

Jeremy Ford
jford@greenlee.az.gov
*Counsel for Defendant Greenlee County Recorder Sharie Milheiro*

La Paz County Recorder Richard Garcia
La Paz County Recorder's Office
1112 Joshua Avenue, #201
Parker, AZ 85344

Ryan Norton Dooley
rdooley@lapazcountyaz.org
*Counsel for Defendant La Paz County Recorder Richard Garcia*

Mohave County Recorder Kristi Blair
Mohave County Recorder's Office
700 W. Beale Street
Kingman, AZ 86401

Ryan Esplin
esplir@mohave.gov
*Counsel for Defendant Mohave County Recorder Kristi Blair*

Jason S Moore
Navajo County Attorney's Office
P.O. Box 668
Holbrook, AZ 86025
*Counsel for Defendant Navajo County Recorder Michael Sample*

Pima County Recorder Gabriella Cázares-Kelly
Pima County Recorder's Office
240 N Stone Avenue
Tucson, AZ 85701

Daniel S Jurkowitz
Daniel.Jurkowitz@pcao.pima.gov
*Counsel for Defendant Pima County Recorder Gabriella Cázares Kelly*

Pinal County Recorder Virginia Ross
Pinal County Recorder's Office
31 N Pinal Street, Building E
Florence, AZ 85132

Craig Charles Cameron
craig.cameron@pinal.gov
*Counsel for Defendant Pinal County Recorder Virginia Ross*

Santa Cruz County Recorder Suzanne Sainz
Santa Cruz County Recorder's Office
2150 N. Congress Drive, Suite 101
Nogales, AZ 85621

James J D'Antonio
jdantonio@santacruzcountyaz.gov
Kimberly Janiece Hunley
khunley@santacruzcountyaz.gov
*Counsel for Defendant Santa Cruz County Recorder Suzanne Sainz*

1   M Colleen Connor
2   Thomas M Stoxen
    Yavapai County Attorneys Office
3   255 E Gurley Street
    Prescott, AZ 86301
4   colleen.connor@yavapaiaz.gov
5   thomas.stoxen@yavapaiaz.gov
    *Counsel for Defendant Yavapai County Recorder Michelle M. Burchill*
6
7   Yuma County Recorder Richard Colwell
    Yuma County Recorder's Office
8   102 S. Main Street
    Yuma, AZ 85364
9
10  William J Kerekes
    bill.kerekes@yumacountyaz.gov
11  *Counsel for Defendant Yuma County Recorder Richard Colwell*
12
    */s/ S.R.*
13  S:\CIVIL\CIV\Matters\GN\2022\Mi Familia Vota II v. Hobbs 2022-1062 (22-0509 SRB)\Discovery\Pla to Def\Defendant MC Recorder's Responses\County Recorders Resp to Roggs 060623.docx
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## VERIFICATION

I, Janine Petty, am the Senior Director of Voter Registration for Maricopa County Recorder Stephen Richer, a Defendant in this matter in his official capacity. I am the person in the Recorder's office who is directly responsible for overseeing voter registration, the subject of the foregoing Interrogatories. I have read the Interrogatories served upon Recorder Richer. The answers to those Interrogatories, provided above, are true and correct to the best of my knowledge, information, and belief.

_____

Janine Petty
Senior Director of Voter Registration for the
Maricopa County Recorder

Justin S. Pierce (State Bar #022646)
Christina Estes-Werther (State Bar #025075)
**PIERCE COLEMAN PLLC**
7730 East Greenway Road, Suite 105
Scottsdale, Arizona 85260
Tel. (602) 772-5506
Fax (877) 772-1025
Justin@PierceColeman.com
Christina@PierceColeman.com
*Attorneys for Defendant Santa Cruz*
*County Recorder Anita Moreno*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al., | Case No. 2:22-cv-00509-SRB (Lead) |
| Plaintiffs, | |
| vs. | **DEFENDANT SANTA CRUZ COUNTY RECORDER RESPONSES TO CONSOLIDATED PLAINTIFFS' FIRST SET OF INTERROGATORIES** |
| Adrian Fontes, in his official capacity as Arizona Secretary of State, et al., | |
| Defendants. | |
| AND CONSOLIDATED CASES. | No. CV-22-00519-PHX-SRB No. CV-22-01003-PHX-SRB No. CV-22-01124-PHX-SRB No. CV-22-01369-PHX-SRB No. CV-22-01381-PHX-SRB No. CV-22-01602-PHX-SRB No. CV-22-01901-PHX-SRB |

1

Pursuant to Fed. R. Civ. P. 33, Defendant Santa Cruz County Recorder Anita Moreno ("Moreno"), submits her response and objections to Consolidated Plaintiffs' First Set of Non-Uniform Interrogatories as follows:

## RESPONSES AND OBJECTIONS
## COMMON TO ALL INTERROGATORIES

1.  Defendant objects to each request, to the "Definitions," and to the "Instructions" to the extent that they purport to impose obligations beyond what is required by the Federal Rules of Civil Procedure in responding to discovery requests.

2.  Defendant objects to each interrogatory to the extent that it calls for the production of documents that are privileged as attorney-client communications, protected as work product, or otherwise not subject to discovery under the Federal Rules of Civil Procedure.

3.  Defendant objects to each request to the extent that it assumes facts that are not in evidence. By responding to these requests, Defendant does not admit or agree with any explicit or implicit assumption made in the requests.

4.  Defendant has responded based on her investigation to date and on information currently available to it and reserves the right to supplement these responses.

5.  The foregoing objections are incorporated by reference into each of Defendant's responses below. The assertion of the same, similar or additional objections or partial responses to the individual requests does not waive any of the Defendant's Responses and Objections Common to All Interrogatories.

## SPECIFIC RESPONSES AND OBJECTIONS TO INTERROGATORIES
### INTERROGATORY NO. 1:

Identify and describe each way that Your office uses or would use information related to the birthplace of a Voter Registration Applicant—including Applicants for whom you already have DPOC--to verify such person's eligibility to vote, including but not limited to each way in which a Voter Registration Applicant's failure to provide their birthplace affects or would affect Your ability to confirm the Voter Registration

2

Applicant's identity or determine whether that person is eligible to register and vote in Arizona. Your answer should identify by name any witnesses who have or are likely to have knowledge or information related to how such information is or would be used by Your office.

**RESPONSE:**

**Defendant objects to Interrogatory Number 1 as vague and calls for speculation as it relates to how birthplace information may be used to verify voter eligibility in the future.**

**Subject to and without waiving the foregoing objections, Defendant states that she does not use the information related to birthplace information for any purpose except to input the information from the voter registration form into the voter profile in the Arizona Voter Information Database ("AVID"). Defendant is unable to predict future uses but does not anticipate that this procedure will change unless different guidance is provided by the Secretary of State.**

**The witnesses who have knowledge of how this information is used are as follows: Anita Moreno, Yolanda Kory, Rosa Ann Fajardo, Monica Gutierrez, Angel Aguilar, Joshua Canchola, Margaret Felix, Rodrigo Robles, Saibet Gastelum, Victoria Padilla, Victor Villalobos, Eduviges Covarrubias, Luis Fierro, Alejandro Martinez, and Suzanne Sainz.**

**INTERROGATORY NO. 2:**

Identify and describe Your office's processes and procedures for checking the citizenship or residence address or location of Registered Voters or Voter Registration Applicants both before and after the Challenged Laws were enacted, including but not limited to any Documents and Communications that describe or explain how Your office should determine citizenship and residence address or location of a Registered Voter or Voter Registration Applicant. Your answer should identify by name any witnesses who have or are likely to have knowledge or information related to such agreements, or the relevant information contained in such databases.

1    • **None for Request for Production Nos. 10, 11 or 12.**

2        **INTERROGATORY NO. 12:**

3    FOR DEFENDANTS MARICOPA COUNTY RECORDER STEVEN RICHER AND

4    PIMA COUNTY RECORDER GABRIELLA CÁZARES-KELLY ONLY:

5        **RESPONSE:**

6    **Not applicable to Santa Cruz County.**

7        DATED this 29th day of June, 2023.

8                                                **PIERCE COLEMAN PLLC**

9

10                                    By: /s/ Christina Estes-Werther
                                         Justin S. Pierce
11                                       Christina Estes-Werther
                                         7730 E. Greenway Road, Ste. 105
12                                       Scottsdale, Arizona 85260
                                         Attorneys for Defendant Santa Cruz
13                                       County Recorder Anita Moreno

14

15                            CERTIFICATE OF SERVICE

16        I hereby certify that on June 29, 2023, I transmitted via electronic mail a copy of
17    the foregoing to all parties, care of their respective counsel.

18

19    /s/ Mary Walker

20

21    4866-4918-2535, v. 1

22

23

24

25

26

27

28

18