Tyler Green*
Gilbert C. Dickey*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
gilbert@consovoymccarthy.com

Kory Langhofer, Ariz. Bar No. 024722
Thomas Basile, Ariz. Bar. No. 031150
STATECRAFT PLLC
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003
(602) 382-4078
kory@statecraftlaw.com
tom@statecraftlaw.com

*Attorneys for Intervenor-Defendant Republican National Committee*

*admitted pro hac vice

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al., | |
| Plaintiffs, | Case No: 2:22-cv-00509-SRB (Lead) |
| v. | |
| Adrian Fontes, et al., | **NOTICE OF APPEAL** |
| Defendants. | |
| **AND CONSOLIDATED CASES** | |

Notice is hereby given that Intervenor-Defendants Warren Petersen, in his capacity as President of the Arizona State Senate, Ben Toma, in his capacity as the Speaker of the Arizona House of Representatives, and the Republican National Committee hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment (Doc. 720) entered in this action on the 2nd day of May, 2024.

President Petersen and Speaker Toma also appeal to the United States Court of Appeals for the Ninth Circuit from the order (Doc. 535) entered in this action on the 14th day of September, 2023 and merged into the final judgment, pursuant to FRAP 3(c)(4).

RESPECTFULLY SUBMITTED this 8th day of May, 2024.

|  |  |
|---|---|
| Gilbert C. Dickey* <br> CONSOVOY MCCARTHY PLLC <br> 1600 Wilson Blvd., Ste. 700 <br> Arlington, VA 22209 <br> (703) 243-9423 <br> gilbert@consovoymccarthy.com <br><br> Tyler Green* <br> CONSOVOY MCCARTHY PLLC <br> 222 S. Main Street, 5th Floor <br> Salt Lake City, UT 84101 <br> tyler@consovoymccarthy.com <br><br> *admitted pro hac vice | By: */s/ Thomas Basile* <br> Kory Langhofer, Ariz. Bar No. 024722 <br> Thomas Basile, Ariz. Bar. No. 031150 <br> STATECRAFT PLLC <br> 649 North Fourth Avenue, First Floor <br> Phoenix, Arizona 85003 <br> (602) 382-4078 <br> kory@statecraftlaw.com <br> tom@statecraftlaw.com <br><br> *Attorneys for Intervenor-Defendant Republican National Committee* <br><br> s/ Hannah H. Porter (with permission) <br> **GALLAGHER & KENNEDY, P.A.** <br> Kevin E. O'Malley (Bar No. 006420) <br> Hannah H. Porter (Bar No. 029842) <br> Ashley E. Fitzgibbons (Bar No. 036295) <br> 2575 East Camelback Road <br> Phoenix, Arizona 85016-9225 <br> Telephone: (602) 530-8000 <br> Facsimile: (602) 530-8500 <br> kevin.omalley@gknet.com <br> hannah.porter@gknet.com <br> ashley.fitzgibbons@gknet.com <br><br> *Attorneys for Intervenor-Defendants Speaker Toma and President Petersen* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

/s/ Thomas Basile